**Order entered August 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00238-CV

**BRIAN POTASHNIK, ET AL., Appellants**

**V.**

**JEFFREY W. CARPENTER, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-02072-E**

## ORDER

Before the Court is appellee's August 1, 2019 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 24, 2019**.

/s/    BILL WHITEHILL
       JUSTICE